UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MARK MANFREEDY**

V.  9:05-CV-1366 (LEK/DRH)

**GARY GREENE, ET AL.**

## ORDER OF DISMISSAL

Due notice having been given that the above entitled action would be placed upon a Dismissal Calendar to be called on **April 06, 2007 at 9:30 A.M.**, in Albany, New York, pursuant to Local rule 41.2 of the rules of the Northern District of New York, and the same having been duly called, and no sufficient cause having been shown as to why said case should not be dismissed;

**IT IS ORDERED**, that the above entitled action be and the same is hereby **DISMISSED.**

Dated: April 06, 2007

Lawrence E. Kahn
U.S. District Judge